# United States District Court

**FILED**
Dec 10, 2020
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

__EASTERN__ District of __CALIFORNIA__

In the Matter of the Seizure of

(Name, address or brief description of person, property or premises to be seized)

All funds maintained at Bank of America Account XXXX-XXXX-4003 held in the name of Lisa Chen Sole Prop DBA Chen Corner,

**SEIZURE WARRANT**

CASE NUMBER:

2:19 SW 1155   DB

TO, <u>Jason Chin, Special Agent, DEA</u> and any Authorized Officer of the United States

Affidavit(s) having been made before me by <u>Jason Chin, Special Agent, DEA</u> who has reason to believe
Affiant

in the __EASTERN__ District of __CALIFORNIA__ there is now certain property which is subject to forfeiture to the United States, namely (describe the property to be seized)

**All funds maintained at Bank of America Account XXXX-XXXX-4003 held in the name of Lisa Chen Sole Prop DBA Chen Corner,**

**Which is subject to seizure pursuant to 21 U.S.C. § 881(b) incorporating 18 U.S.C. § 981(b), and subject to forfeiture pursuant to 21 U.S.C § 881(a)(6).**

I am satisfied that the affidavit(s) and any record testimony establish probable cause to believe that the property so described is subject to seizure and that grounds exist for the issuance of this seizure warrant.

YOU ARE HEREBY COMMANDED to seize within 14 days the property specified, serving this warrant and making the seizure in the daytime — 6:00 AM to 10:00 P.M., leaving a copy of this warrant and receipt for the property seized, and prepare a written inventory of the property seized and promptly return this warrant to <u>DEBORAH BARNES</u> or <u>Any U.S. Magistrate in the Eastern District of California</u> as required by law.
U.S. Judge or Magistrate

12-17-19 @ 9:46am at Sacramento, California
Date and Time Issued                City and State

Deborah Barnes, U.S. Magistrate Judge
Name and Title of Judicial Officer

Signature of Judicial Officer

# RETURN

| DATE WARRANT RECEIVED | DATE AND TIME WARRANT EXECUTED | COPY OF WARRANT AND RECEIPT FOR ITEMS LEFT WITH |
|---|---|---|
| 12/17/2019 | 12/19/2019 | Bank of America |

| INVENTORY MADE IN THE PRESENCE OF |
|---|
| Bank of America |

INVENTORY OF PERSON OR PROPERTY TAKEN PURSUANT TO THE WARRANT

Bank of America Cashier's Check 1020081974 in the amount of $2,495.74

# CERTIFICATION

I swear that this inventory is a true and detailed account of the person or property taken by me on the warrant.

/s/ Jason Chin

Subscribed, sworn to, and returned before me this date.

*Allison Claire* (signature)

**ALLISON CLAIRE**
**UNITED STATES MAGISTRATE JUDGE**

December 10, 2020
Date